DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID DURHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-cr-00020 LJO |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |
| v. | |
| DAVID DURHAM, | |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

Whereas Pretrial Services recommends that the conditions of pretrial release relating to Defendant David Durham, be modified as set forth below,

**IT IS HEREBY STIPULATED** by and between the parties to this action through their respective counsel of record herein, Assistant United States Attorney Brian Enos, counsel for Plaintiff, and Assistant Federal Defender Melody M. Walcott, counsel for Defendant, with the agreement of the Pretrial Services Officer, that the conditions of pretrial release made at the detention hearing held January 18, 2011 and the

///
///
///
///
///

1  Order Setting Conditions of Release signed by the Court on January 18, 2011 relating to defendant David
2  Durham in the above-referenced matter may be modified, as follows:
3      1. The defendant shall participate in a program of medical or psychiatric treatment, and pay for
4  costs, as approved by the Pretrial Services Officer. All other previously-ordered conditions of release
5  remain in full force and effect pending further order of the Court.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

8  DATED: February 8, 2011            By:    /s/ Brian Enos
                                    BRIAN ENOS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

                                    DANIEL J. BRODERICK
                                    Federal Public Defender

13  Dated: February 8, 2011                /s/ Melody M. Walcott
                                    MELODY M. WALCOTT
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    David Durham

## **O R D E R**

    **IT IS SO ORDERED**. The conditions of pretrial release made at the detention hearing held
January 18, 2011 and the Order Setting Conditions of Release signed by the Court on January 18, 2011
relating to defendant David Durham in the above-referenced matter are hereby modified to include the
provisions herein above set forth. All other prior terms and conditions of release shall remain in full force
and effect pending further order of the court.

IT IS SO ORDERED.

Dated:  **February 9, 2011**                               **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE