DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID DURHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> DAVID DURHAM, <br><br> *Defendant.* | NO. 1:11-CR-00020 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER <br><br> Date: April 15, 2011 <br> Time: 8:45 a.m. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference/review hearing in the above-captioned matter now scheduled for March 25, 2011, **may be continued to April 15, 2011 at 8:45 a.m.**

This continuance is requested by counsel for defendant for two reasons; first, she has been ill and has been unable to review the plea and, second, she needs additional time to meet with defendant to discuss and consider the government's plea offer just proffered.   Assistant United States Attorney Brian Enos does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

1     The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2 that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3 in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4 reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 23, 2011        /s/  Brian Enos
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 23, 2011        /s/  Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
DAVID DURHAM

**ORDER**

Good cause exists.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

NOTE CHANGE OF TIME TO 8:45 a.m.

IT IS SO ORDERED.

**Dated:   March 23, 2011**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference;
[Proposed] Order                             -2-