DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID DURHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-CR-00020 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING; |
| v. | [PROPOSED] ORDER |
| DAVID DURHAM, | Date: September 23, 2011 |
| | Time: 8:30 A.M. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new sentencing schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Informal Objections Due | July 29, 2011 | September 2, 2011 |
| Formal Objections Due | August 12, 2011 | September 16, 2011 |
| Sentencing Hearing | August 19, 2011 - 8:30 A.M. | September 23, 2011 - 8:30 A.M. |

This continuance is requested by counsel for defendant because she has been out of her office on medical leave for an extended period of time and has not had an opportunity to review the Presentence Investigation Report with the defendant; counsel needs additional time to meet with defendant and prepare any necessary and appropriate objections on defendant's behalf. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney Brian Enos does not object to this request. The requested continuance will conserve time and resources for all parties and the court.

1   The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2   that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3   in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4   reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: July 27, 2011                      /s/   Brian Enos
                                          BRIAN ENOS
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: July 27, 2011                      /s/   Melody M. Walcott
                                          MELODY M. WALCOTT
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          DAVID DURHAM

## ORDER

**Good Cause exists to continue as requested.**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   July 27, 2011**                 /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE